

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-21-00191-CV

———————————————

IN RE JMJ DEVELOPMENT, LLC AND TIM BARTON, Relators

---

Original Proceeding
141st District Court of Tarrant County, Texas
Trial Court No. 141-316567-20

---

Before Wallach, Birdwell, and Womack, JJ.
Per Curiam Memorandum Opinion

# MEMORANDUM OPINION

The court has considered relators' petition for writ of mandamus, real parties in interest's response, relators' reply, and the record and is of the opinion that relief should be denied. Accordingly, relators' petition for writ of mandamus is denied. All previous orders of this court granting temporary relief in conjunction with this petition for mandamus are withdrawn.

Per Curiam

Delivered: July 15, 2021